IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Perez, et al., | * | |
| On behalf of themselves and other members of the general public similarly situated, | * * | |
| | | Case No. 3:17-cv-1261 |
| Plaintiffs, | * | |
| v. | * | Hon. Judge James G. Carr |
| A+ Building Maintenance and Home Repair, LLC, et al. | * | Magistrate Judge James R. Knepp, II |
| | * | |
| Defendants. | * | |

## JOINT STATUS REPORT

Pursuant to the Status Conference Order (Doc. #16) entered October 12, 2017, Named Plaintiff Bryon Perez ("Plaintiff Perez") and Named Plaintiff Nick Foley ("Plaintiff Foley"), individually and on behalf of other members of the general public similarly situated (hereinafter "Plaintiffs")[1], and A+ Building Maintenance and Home Repair, LLC ("Defendant ABMH") and Nick Carpenter ("Defendant Carpenter") (collectively hereinafter the "Parties") provide this Joint Status Report to the Court. On October 17, 2017, Plaintiffs filed their Pre-Discovery Motion for Conditional Class Certification and Court-Supervised Notice to Potential Opt-In Plaintiffs pursuant to 29 U.S.C. § 216(b) (Doc. No. 18, hereinafter the "Motion"). On October 31, 2017, Defendants filed their Response in Opposition (Doc. No. 20). On November 11, 2017, Plaintiffs filed their Reply (Doc. No. 21). On April 30, 2018, the Court granted Plaintiffs' Motion and the relief requested therein. (*See* Doc. No. 26) Thereafter, on May 23, 2018, the Parties submitted (1)

---

[1] The following are members of the putative class as Opt-In Plaintiffs: Jason Havens (Consent filed on July 28, 2017; Doc. No. 5-1); and Ryan Brink (Consent filed on January 20, 2018; Doc. No. 25-1).

an agreed upon Notice of Rights form with a 90-day Opt-In period; (2) Consent to Join Form; (3) Email Notice of Rights; and (4) a 45-day Reminder notice (collectively hereinafter "Notice of Rights Documents"). The Notice of Rights Documents were submitted to chambers the same day. On June 6, 2018, this Court approved of the Notice of Rights Documents.

The Plaintiffs intend on sending out the Notice of Rights Documents consistent with this Court's Order (Doc. No. 26) via U.S. mail and Email on June 12, 2018. The Opt-In period will begin from Tuesday, June 12, 2018 through and including Monday, September 10, 2018. As completed consent forms are returned by putative class members, Plaintiffs will file them accordingly with the Court.

Date: June 11, 2018

| Attorneys for Plaintiffs: | Attorneys for Defendants: |
|---|---|
| */s/ Daniel I. Bryant* <br> Daniel I. Bryant (0090859) <br> **BRYANT LEGAL, LLC** <br> 1457 S. High St. <br> Columbus, Ohio 43207 <br> Phone: 614-704-0546 <br> Fax: 614-573-9826 <br> Email: dbryant@bryantlegalllc.com | */s/ J. Mark Trimble* <br> J. Mark Trimble (0046515) <br> Tracy B. Selis (0073847) <br> Stephen E. House (0068976) <br> Russell R. Miller (0000674) <br> Rohrbachers Cron Manahan <br> Trimble & Zimmerman Co., L.P.A. <br> 405 Madison Avenue, 8th Floor <br> Toledo, Ohio 43604-1243 <br> Telephone (419) 248-2600 |
| */s/ Matthew B. Bryant* <br> Matthew B. Bryant (0085991) <br> **BRYANT LEGAL, LLC** <br> 3450 W. Central Ave., Suite 370 <br> Toledo, Ohio 43606 <br> Phone: (419) 824-4439 <br> Fax: (419) 932-6719 <br> Email: mbryant@bryantlegalllc.com | Fax (419) 248-2614 <br> E-mail: mtrimble@rcmtz.com <br> tselis@rcmtz.com <br> shouse@rcmtz.com <br> rmiller@rcmtz.com <br><br> *Attorneys for Defendants* <br> *A+ Building Maintenance and Home Repair,* <br> *LLC and Nick Carpenter* |
| */s/ Robert E. DeRose* <br> Robert E. DeRose (OH Bar No. 0055214) <br> Molly K. Tefend (OH Bar No. 0093574) <br> **BARKAN MEIZLISH HANDELMAN** <br> **GOODIN DEROSE WENTZ, LLP** | |

250 E. Broad Street, 10th Floor
Columbus, Ohio 43215
T:  (614) 221-4221
F:  (614) 744-2300
Email:  bderose@barkanmeizlish.com
Email:  mtefend@barkanmeizlish.com

*Attorneys for Named Plaintiffs and those
similarly situated*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 11, 2018, a true and accurate copy of the forgoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/  Daniel I. Bryant*
Daniel I. Bryant (0090859)